Andrew D. Weiss SBN 121149
**LAW OFFICES OF ANDREW D. WEISS**
26459 Rancho Parkway South
Lake Forest, California 92630
Telephone: (949) 360-9478
Facsimile: (949) 360-0302
Email: oclawadw@aol.com
Pro Se and Attorney for Cross-Defendant
Thien Tran

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ANDREW D. WEISS, an individual,<br><br>    Plaintiff;<br><br>    v.<br><br>ANTHONY NGUYEN, aka Tony Nguyen, aka Tuan Nguyen, Tony-Tuan Nguyen, aka Tuan Doan Nguyen, aka Dr. Anthony Nguyen, an Individual; TOM NGUYEN, aka Thanh Nguyen, an Individual; and,<br>DOES 1 through 100;<br><br>AND RELATED CROSS-ACTION | Case No: SACV17-01674 AG (KESX)<br><br>**REPLY TO UNTIMELY OPPOSITION TO MOTION TO REMAND AND FOR SANCTIONS**<br><br>(28 U.S.C. §1447(c))<br><br>Date: October 30, 2017<br>Time: 10:00 a.m.<br>Courtroom: 10D |

Plaintiff, Andrew D. Weiss, and cross-defendant Thien Tran, submit the following memorandum of points and authorities in reply to the untimely opposition of Anthony Nguyen ("Nguyen") to the motion to remand and for sanctions.

Nguyen's opposition to the motion to remand and for sanctions was due on October 6, 2017. Nguyen filed his opposition on October 13, 2017.

**1. Nguyen's Opposition Should be Disregarded as Untimely.**

An opposition to a motion is due at least 21 days prior to the hearing on the motion. Local Rule 7-9. The twenty-first day prior to the October 30, 2017, hearing on the motion to remand was October 9, 2017, which was a Federal holiday. The opposition was due the prior court day, which was Friday, October 6, 2017. F.R.C.P. 6.

Nguyen's Opposition, filed October 13, 2017, should be disregarded as untimely.

**2. Nguyen's Untimely Opposition Fails to Establish a Basis for Removal.**

Nguyen's Opposition is rife with accusations that Communists and terrorist groups are somehow after Nguyen. What is missing is any basis for federal jurisdiction.

Nguyen seems to make two arguments.

First, Nguyen claims that Thien Tran, one of the five cross-defendants named in Nguyen's Cross-Complaint, is a resident of "SAI GON (HCM City)." Opposition p. 11. The allegation contradicts allegations to the contrary made by Nguyen in other State Court and Federal Court actions. In a previous remand order, this court found Nguyen and Thien Tran are both citizens of California. Motion Exhibit 10 p. 74. A state court action can only be removed if it could have originally been brought in federal court. *Caterpillar, Inc. v. Williams* 482 U.S. 386, 392 (1987); *Duncan v. Steutzle* 76 F.3d 1480, 1485 (9th Cir. 1996). Thus, diversity jurisdiction cannot be created by a cross-complaint. *Vaden v. Discovery Bank*, 556 U.S. 49, 60 (2009). Further, even if Thien Tran did reside in Vietnam, compete diversity would not exist, even in just the Cross-Complaint. Complete diversity requires that each plaintiff is a citizen of a different state from each defendant. *Strawbridge v. Curtiss*, 7 U.S. 267, 267, 2 L.Ed. 435 (1806). Nguyen has failed to establish the other cross-defendants, including the Orange County Superior Court, is not a citizen of California.

Second, Nguyen claims Federal questions exist because the Cross-Complaint alleges violations of RICO and the "Fair Debt Collections Acts." Opposition p. 15.

Whether a case arises under federal law is generally determined by the well pleaded complaint rule:

> "the well-pleaded complaint rule precludes the exercise of federal subject matter jurisdiction over purely state-law causes of action" *California Shock Trauma Air Rescue v. State Compensation Ins. Fund*, 636 F.3d 538, 540 (9th Cir. 2011).

Nguyen cannot create federal jurisdiction by filing a cross-complaint. *Vaden v. Discovery Bank*, 556 U.S. 49, 60 (2009).

### 3. Thien Tran Should be Awarded His Attorney's Fees.

Nguyen has offered no opposition to Tran's request for attorney's fees.

### 4. Conclusion.

The above-captioned action should be remanded to the Orange County Superior Court, and Defendants should be required to pay the attorney's fees incurred by Thien Tran in prosecuting the motion to remand in the sum of $3,363.00.

LAW OFFICES OF ANDREW D. WEISS

Dated: October 16, 2017        By: */s/ Andrew D. Weiss*
ANDREW D. WEISS
Pro Se and Attorney for Cross-Defendant Thien Tran

L:\FileCenter\Open Cases\Duong\WP\Pleadings Fed10\Reply for Motion to Remand.wpd

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this District Court proceeding. My business address is: 26459 Rancho Parkway South, Lake Forest, CA 92630.

A true and correct copy of the foregoing document entitled **REPLY TO UNTIMELY OPPOSITION TO MOTION TO REMAND AND FOR SANCTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by L.R. 5-4 in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and L.R 5-3.3, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 16, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person is on the Electronic Mail Notice List to receive NEF transmission at the email address stated below:

__ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **October 16, 2017**, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Anthony Nguyen, P. O. Box 1596 Long Beach, CA 90802
Toan Thai, P. O. Box 1596 Long Beach, CA 90802
Minh Nguyet Nguyen, P. O. Box 1596 Long Beach, CA 90802

__ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 (d)(3) and/or controlling L.R. 5-4, on **October 16, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Andrew Guillford, United States District Court, Central District of California, 411 W. Santa Ana Blvd., 10th Floor, Delivery Box Outside Courtroom 10D, Santa Ana, CA 92701 by messenger

__ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 16, 2017 | Andrew D. Weiss | */s/ Andrew D. Weiss* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |