# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 17-1674 PSG (DFMx) | Date | October 30, 2017 |
|---|---|---|---|
| Title | Andrew D. Weiss v. Anthony Nguyen et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**     **Order DENYING Defendants/Cross-Complainants' ex parte motion to continue hearing**

      Before the Court is Defendants/Cross-Complainants Anthony Nguyen, Toan Thai, and Minh Nguyet Nguyen's ex parte motion to continue hearing. *See* Dkt. # 24.

      The Court has read and considered the motion, and the motion is **DENIED**.

      **IT IS SO ORDERED.**